J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>          Plaintiff,<br>    v.<br><br>Ronald Fletcher, an individual and d/b/a www.everythingoutlet.com; William Li, an individual and d/b/a www.everythingoutlet.com and Does 2 – 10, inclusive,<br><br>          Defendants. | Case No. CV09-05167 VRW<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a) RE DEFENDANT RONALD FLETCHER ONLY** |

PLEASE TAKE NOTICE THAT that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Adobe Systems Incorporated ("Plaintiff") dismisses only defendant Ronald Fletcher, an individual and d/b/a www.everythingoutlet.com, from the First Amended Complaint brought by Plaintiff, without prejudice.

Dated:  June 9, 2010                           J. Andrew Coombs, A Professional Corp.

                                               By:    /s/ Annie S. Wang
                                                      J. Andrew Coombs
                                                      Annie S. Wang
                                               Attorneys for Plaintiff Adobe Systems Incorporated